**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7354**

JAMES A. POWELL; WILLIAM BAGGETT,

    Plaintiffs - Appellants,

  v.

PAUL G. BUTLER, JR.; MARY STEVENS; VAN FRIZZELLE,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:16-ct-03296-FL)

Submitted:  March 13, 2018         Decided:  March 16, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Powell and William Baggett, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Powell and William Baggett appeal the district court's order dismissing their 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny their motions to appoint counsel and to hold an evidentiary hearing and affirm for the reasons stated by the district court. *Powell v. Butler*, No. 5:16-ct-03296-FL (E.D.N.C. July 25, 2017 & Oct. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*